```
                    UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 12-001 |
| TELLY HANKTON<br>KEVIN JACKSON | SECTION: "F"(5) |

### ORDER

Within one (1) week, the government is to provide the Court, for purposes of an <u>in camera</u> inspection, with the following:

1) any 302's specifically pertaining to the Stewart homicide;

2) any written communications between the U.S. Attorney's Office and the Department of Justice regarding charging defendant Hankton with first degree murder in light of his conviction for second degree murder in state court as well as any correspondence between the U.S. Attorney's Office and the Orleans Parish District Attorney's Office regarding that decision; and

3) any statements made by any witnesses who identified Jackson as an accomplice or in any way connected him with the Reed homicide.

The government is also to confer with the Internal Affairs Division of the New Orleans Police Department to determine whether any complaints of suppression of exculpatory evidence by Desmond Pratt have been made to that office. For his part, counsel for defendant Hankton is to identify to the government any case(s) of which they are aware in which it is alleged that Pratt engaged in misconduct.

The Court is to be notified if enlargement of the one-week production time becomes necessary. Following submission of the <u>in camera</u> materials and review of same, an <u>in camera</u> conference with the prosecutors may be scheduled as the Court deems necessary.

New Orleans, Louisiana, this 30th day of _____July_____, 2013.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE